**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE TESLA, INC. STOCKHOLDER LITIGATION | Civil Action No. 17-317-VAC-CJB Consolidated |

WHEREAS by Order filed February 15, 2018 (the "Order") this Court (1) appointed Arkansas Teacher Retirement System, Boston Retirement System, Oklahoma Firefighters Pension and Retirement System, Roofers Local 149 Pension Fund, KBC Asset Management NV, ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. and Stichting Blue Sky Active Large Cap Equity Fund USA as Co-Lead Plaintiffs in this action; and (2) appointed Grant & Eisenhofer P.A., Kessler Topaz Meltzer & Check, LLP and Robbins Geller Rudman & Dowd LLP as Co-Lead Counsel for Plaintiffs; and

WHEREAS there is currently pending in the Court of Chancery of the State of Delaware a case styled *In re Tesla Motors, Inc. Stockholder Litigation*, C.A. No. 12711-VCS, which presents issues and claims overlapping those in this action and in which a motion to dismiss has been fully briefed, argued and is *sub judice* (the "Chancery Court Case");

**IT IS HEREBY STIPULATED AND AGREED** that this action shall be stayed for 60 days from the date hereof, subject to the following:

1.     If the motion to dismiss in the Chancery Court Case is granted in its entirety during such 60-day period, the stay shall terminate five days after such grant.

2.     If the motion to dismiss in the Chancery Court Case is denied in whole or in part during such 60-day period, the stay shall continue *sine die* subject to further agreement of the parties and order of the Court.

1

3.      If the motion to dismiss in the Chancery Court Case remains undecided after the

stay has been in place for 60 days, the parties shall discuss whether and on what

terms it should be extended.


Dated: March 5, 2018

**ROSS ARONSTAM & MORITZ LLP**

By ___/s/ Garrett B. Moritz_____
David E. Ross (#5228)
Garrett B. Moritz (#5646)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600


**WACHTELL, LIPTON, ROSEN & KATZ**
William Savitt
Steven P. Winter
51 West 52nd Street
New York, NY  10019
(212) 403-1000

*Counsel for Defendants*

**GRANT & EISENHOFER P.A.**

By ___/s/ James J. Sabella_____
James J. Sabella (#5124)
Michael Manuel (#6055)
Kelly L. Tucker (#6382)
123 Justison Street
Wilmington, DE  19801
(302) 622-7000


**ROBBINS GELLER RUDMAN
& DOWD LLP**
Randall J. Baron
David T. Wissbroecker
Maxwell R. Huffman
655 West Broadway, Suite 1900
San Diego, CA  92101
(619) 231-1058


**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
Lee D. Rudy
Eric L. Zagar
Kristen L. Ross
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

*Co-Lead Counsel for Plaintiffs*


**SO ORDERED:**

_____
         U.S.M.J.