## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TESLA, INC. STOCKHOLDER LITIGATION | ) ) ) ) ) Civil Action No. 17-317-VAC-CJB Consolidated |

### ERRATA ORDER

WHEREAS, the Court issued a Memorandum Opinion (D.I. 34) dated February 15, 2018, in the above-captioned case which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the sentence on page 20 of the Opinion reading, "The evidence favoring the Freeman Plaintiffs seems more robust, and so the Court finds this factor to favor their motion." is corrected to read: "The evidence favoring the Arkansas Plaintiffs seems more robust, and so the Court finds this factor to favor their motion."

Dated: April 4, 2018

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE