November 2, 2018

Honorable Maryellen Noreika
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

> **Re:**   ***In re Tesla, Inc. Stockholder Litigation***,
> **No. 1:17-cv-00317-MN (D. Del.)**

Dear Judge Noreika:

This letter is jointly submitted on behalf of Co-Lead Plaintiffs and Defendants pursuant to the Court's May 7, 2018 Oral Order, which requests that within 180 days of the entry of that Order, the parties provide a joint letter regarding the status of the litigation in the Court of Chancery.

On August 14, 2018, the Court of Chancery issued an Order Regarding Case Schedule which, among other deadlines, set trial for 10 days beginning March 16, 2020.  A copy of that Order is enclosed herewith.

Pursuant to Paragraph 2 of the stipulation and order filed herein by the parties on March 5, 2018 [D.I. 37] and entered by the Court on March 6, 2018, the stay shall continue *sine die* subject to further agreement of the parties and order of the Court.  Given the substantial overlap between the Chancery action and this action, the parties believe it would serve the interests of justice and judicial efficiency to continue the stay of the action in this Court.

We are available at the Court's convenience should the Court have any questions regarding this submission.

Hon. Maryellen Noreika
November 2, 2018
Page 2

Respectfully submitted,

**ROSS ARONSTAM & MORITZ LLP**                    **GRANT & EISENHOFER P.A.**

*/s/ Garrett B. Moritz*                                           */s/ Michael T. Manuel*
David E. Ross (#5228)                                       James J. Sabella (#5124)
Garrett B. Moritz (#5646)                                 Michael T. Manuel (#6055)
100 S. West Street, Suite 400                          Kelly L. Tucker (#6382)
Wilmington, DE  19801                                    123 Justison Street
(302) 576-1600                                                Wilmington, DE  19801
                                                                      (302) 622-7000
**WACHTELL, LIPTON, ROSEN &
KATZ**                                                             **ROBBINS GELLER RUDMAN
William Savitt                                                    & DOWD LLP**
Steven P. Winter                                               Randall J. Baron
51 West 52nd Street                                          David T. Wissbroecker
New York, NY 10019                                         Maxwell R. Huffman
(212) 403-1000                                                655 West Broadway, Suite 1900
                                                                      San Diego, CA 92101
*Counsel for Defendants*                                 (619) 231-1058

                                                                      **KESSLER TOPAZ MELTZER
                                                                      & CHECK, LLP**
                                                                      Lee D. Rudy
                                                                      Eric L. Zagar
                                                                      280 King of Prussia Road
                                                                      Radnor, PA 19087
                                                                      (610) 667-7706

                                                                      *Co-Lead Counsel for Plaintiffs*