# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE TESLA MOTORS, INC. STOCKHOLDER LITIGATION | Consolidated<br>C.A. No. 12711-VCS |

## ORDER REGARDING CASE SCHEDULE

WHEREAS, the Court has considered the parties' respective proposed schedules;

IT IS HEREBY ORDERED this __14th__ day of __August__, 2018, that:

1. The following schedule shall govern the proceedings in this action:

| | | |
|---|---|---|
| (A) | The Parties shall begin producing documents in response to requests served on or before August 15, 2018 on a rolling basis | September 24, 2018 |
| (B) | Deadline for substantial completion of document productions in response to requests served on or before August 15, 2018 | December 21, 2018 |
| (C) | Exchange of privilege logs in connection with any requests served on or before August 15, 2018 | January 25, 2019 |
| (D) | With respect to any requests for the production of documents served on the Parties after August 15, 2018, the Parties shall negotiate in good faith regarding setting a reasonable timetable for the completion of the production of documents responsive to such requests, and the completion of any privilege log with respect thereto. | |
| (E) | Deadline for filing of any motion for class certification and brief in support thereof (answering brief due 30 calendar days | March 18, 2019 |

|     |                                                                                                                                                                                                                                                                                      |                        |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------- |
|     | thereafter; reply brief due 14 calendar days thereafter)                                                                                                                                                                                                                              |                        |
| (F) | Completion of fact discovery, except for (i) any fact discovery subject to a pending discovery motion or motion for protective order or (ii) any depositions already scheduled or in the process of being scheduled beyond that date by agreement of the parties                     | April 26, 2019         |
| (G) | Identification of expert witnesses, including the *curriculum vitae* of the expert, and a summary of the subject matter(s) on which they will testify                                                                                                                                  | May 1, 2019            |
| (H) | Exchange of opening expert reports                                                                                                                                                                                                                                                    | May 17, 2019           |
| (I) | Identification of rebuttal expert witnesses, including the *curriculum vitae* thereof to the extent it has not yet been provided, and a summary of the subject matter(s) on which they will testify                                                                                   | June 3, 2019           |
| (J) | Exchange of rebuttal expert reports                                                                                                                                                                                                                                                   | June 14, 2019          |
| (K) | Completion of expert discovery, except for any fact discovery subject to a pending motion to compel or motion for protective order                                                                                                                                                    | July 3, 2019           |
| (L) | Deadline for filing of any motion for summary judgment and brief in support thereof (answering brief due 30 calendar days thereafter; reply brief due 21 calendar days thereafter)<br><br>Oral argument on any summary judgment motion(s) will be held on                              | July 12, 2019<br><br><br><br><br>**September 19, 2019** |
| (M) | Identification of trial witnesses (including adverse, third-party and expert witnesses)                                                                                                                                                                                               | November 8, 2019       |
| (N) | Completion of depositions of trial witnesses not previously deposed                                                                                                                                                                                                                   | December 13, 2019      |
| (O) | Deadline for filing of any motions *in limine* and briefs in support thereof (answering brief due 14 calendar days thereafter; reply                                                                                                                                                  | January 10, 2020       |

|     | brief due 7 calendar days thereafter) | |
| --- | --- | --- |
| (P) | Plaintiff to provide Defendants with drafts of the Joint Pretrial Order and Joint Exhibit List | January 24, 2020 |
| (Q) | Defendants to provide composite mark-ups showing proposed changes and additions to Joint Pretrial Order and Joint Exhibit List | February 7, 2020 |
| (R) | Simultaneous filing of Pretrial Briefs | February 21, 2020 |
| (S) | Joint Pretrial Order and Joint Exhibit List to be filed with the Court | February 28, 2020 at 5:00 PM |
| (T) | Pretrial Conference (by telephone, initiated by Plaintiffs' counsel) | **March 9, 2020, at 1:00 p.m.** |
| (U) | Trial Begins (10 days) | March 16–27, 2020 |

2.   The parties may amend the dates set forth in ¶¶1(A)-(Q) by written agreement, without Court approval.  The dates and deadlines set forth in subparagraphs 1(R)-(U) may not be amended without further order of the Court, which may be sought upon the request of any Party.

3.   The Parties shall produce for deposition, upon reasonable notice from any opposing parties and without the need for subpoena, all persons under their respective control and any of their respective current directors, officers, employees, and experts.  The parties shall use reasonable efforts to produce for deposition upon reasonable notice from any opposing parties and without the need for subpoena, any of their respective former directors and officers. The parties will make a good faith effort to produce, upon reasonable notice from any opposing parties and without the need for subpoena, any of the parties' respective agents or advisers.  The parties shall work together in good faith on the scheduling of

- 4 -

depositions. Nothing herein shall be deemed to affect a party's right to object to any deposition or the number of depositions sought by the opposing party.

4. No Party shall be required to list on its privilege logs documents evidencing communications only between or among that Party's outside counsel.

5. No Party shall submit any additional expert reports beyond the ones provided in this Scheduling Order absent agreement of the Parties or an order from the Court.

6. Following the identification of trial witnesses as set forth in subparagraph 1(M), the Parties may designate additional witnesses for trial only by agreement of all Parties or upon motion to the Court.

                                            */s/ Joseph R. Slights III*
                                                      Vice Chancellor