August 19, 2021

The Honorable Colm F. Connolly
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31
Room 4124
Wilmington, DE   19801-3555

>    Re:   *In re Tesla, Inc. Stockholder Litigation*,
>          <u>No. 1:17-cv-00317-CFC (D. Del.)</u>

Dear Chief Judge Connolly:

This status report is jointly submitted on behalf of Co-Lead Plaintiffs and Defendants pursuant to the Court's July 21, 2021 Oral Order, which requests that by August 20, 2021, the parties provide a status report in connection with the related litigation captioned *In re Tesla Motors, Inc. Stockholder Litigation*, C.A. No. 12711-VCS, currently pending in the Court of Chancery.

On August 17, 2020, the Court of Chancery approved a class and derivative settlement between Co-Lead Plaintiffs, on the one hand, and Defendants Brad W. Buss, Robyn Denholm, Ira Ehrenpreis, Antonio Gracias, Stephen T. Jurvetson, and Kimbal Musk (collectively, the "Settling Defendants"), on the other hand.

From July 12, 2021 through July 23, 2021, the Court of Chancery held a trial on the remaining class and derivative claims against Defendant Elon Musk, with additional testimony provided on August 16, 2021.  The parties will submit post-trial briefing in the coming months, and the Court of Chancery is scheduled to hear a post-trial argument on January 18, 2022.  After that case is fully submitted, the Court of Chancery will render a post-trial opinion as to the claims against remaining Defendant Elon Musk.

The Honorable Colm F. Connolly
August 19, 2021
Page 2

Pursuant to Paragraph 2 of the stipulation and order filed herein by the parties on March 5, 2018 [D.I. 37] and entered by the Court on March 6, 2018, the stay shall continue *sine die* subject to further agreement of the parties and order of the Court. Given the substantial overlap between the Court of Chancery action and this action, the parties believe it would serve the interests of justice and judicial efficiency to continue the stay of the action in this Court.

We are available at the Court's convenience should the Court have any questions regarding this submission.

Respectfully submitted,

| | |
|---|---|
| **ROSS ARONSTAM & MORITZ LLP** | **GRANT & EISENHOFER P.A.** |
| */s/Garrett B. Moritz* | */s/ Christine M. Mackintosh* |
| David E. Ross (Bar No. 5228) | Jay W. Eisenhofer (Bar No. 2864) |
| Garrett B. Moritz (Bar No. 5646) | Christine M. Mackintosh (Bar No. 5085) |
| Benjamin Z. Grossberg | Kelly L. Tucker (Bar No. 6382) |
| (Bar No. 5615) | Vivek Upadhya (Bar No. 6241) |
| 100 S. West Street, Suite 400 | 123 Justison Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 576-1600 | (302) 622-7000 |
| *Attorneys for Defendants* | **GRANT & EISENHOFER P.A.** |
| | Daniel L. Berger |
| | 485 Lexington Avenue, 29th Floor |
| | New York, NY 10017 |
| | (646) 722-8500 |
| | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| | Lee D. Rudy |
| | Eric L. Zagar |
| | Justin O. Reliford |
| | Matthew C. Benedict |

The Honorable Colm F. Connolly
August 19, 2021
Page 3

                                              280 King of Prussia Road
                                              Radnor, PA   19087
                                              (610) 667-7706

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Randall J. Baron
Maxwell R. Huffman
655 West Broadway, Suite 1900
San Diego, CA   92101
(619) 231-1058

*Counsel for Co-Lead Plaintiffs*